UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**HOBBS SOUTH HOLDINGS, LLC,**

　Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.  5:24-cv-196-MCR-MJF

**OLANDIS DEAN HOBBS, et al.,**

　Defendants.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on June 17, 2025, ECF No. 63. The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). The Court has made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation and all objections thereto timely filed, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.　The magistrate judge's Report and Recommendation, ECF No. 63, is adopted and incorporated by reference into this Order.

2. Plaintiff's Motion for Entry of Default Final Judgment, ECF No. 55, against Defendant Olandis Dean Hobbs Estate, a/k/a Widows Peak Settlement Agency LLC/Dunn & Brad Street No. 118213136, is **GRANTED**.

3. Plaintiff's Motion for Entry of Final Summary Judgment on Plaintiff's claim and Defendants' counterclaims, ECF No. 42, is **GRANTED**, and all claims are resolved in favor of Plaintiff and against Defendants Olandis Dean Hobbs and the fictitious entity Hobbs Global Trust Estate.

4. The Clerk is directed to enter **FINAL JUDGMENT** in favor of Plaintiff Hobbs South Holdings, LLC and against Defendants Olandis Dean Hobbs; Olandis Dean Hobbs Estate, a/k/a Widows Peak Settlement Agency LLC/Dunn & Brad Street No. 118213136; Hobbs Global Trust Estate Toussant Thompson; and all other persons, or parties claiming under any of the foregoing named Defendants to have right, title, or interest in the Property described in Plaintiff's complaint, that:

    a. **DECLARES AND ADJUDGES NULL AND VOID AB INITIO** the "Fee Simple Absolute" dated November 1, 2022, recorded in Official Record Book 4630, Page 1116 of the Official Records of Bay County, Florida.

    b. **ADJUDGES** Plaintiff Hobbs South Holdings, LLC as the fee simple owner of the following real property:

> **Condominium Unit 605, AQUA, a Condominium, together with an undivided interest in the common elements, according to the Declaration of Condominium thereof**

> **recorded in Official Record Book 2933, Page 1829 and Book 3337, Page 2382 as amended from time to time, of the Public Records of Bay County, Florida.**

with good and valid title pursuant to the Warranty Deed dated October 28, 2011, recorded on November 2, 2011, in Official Record Book 3362, Page 604 of the Official Records of Bay County, Florida.

5. Plaintiff's Motion to Award Attorneys' Fees and Costs, ECF No. 57, is **DENIED** as to attorney's fees and **GRANTED** as to those costs allowed by 28 U.S.C. § 1920.

6. The clerk of court will enter judgment accordingly and close this case file.

**DONE AND ORDERED** this 10th day of February 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**